1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL-PRO, INC. d/b/a VALLEY FRUIT & PRODUCE CO., a corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>ECHO FOODS, INC., a corporation d/b/a SAVE-A-LOT ECHO PARK, et al.,<br><br>　　　　　　Defendants. | CASE NO. 11-CV-04046 ODW (CWx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

　　　Having read and considered Plaintiff/Judgment Creditor VAL-PRO, INC. d/b/a VALLEY FRUIT & PRODUCE CO.'s application for and renewal of judgment, affidavit of June Monroe in support thereof, and good cause appearing therefor,

　　　RENEWAL OF JUDGMENT IS HEREBY ENTERED of the Judgment entered on December 28, 2011 [D.E. 30] in favor of Plaintiff VAL-PRO d/b/a VALLEY FRUIT & PRODUCE CO., and against ECHO FOODS, INC., a corporation d/b/a SAVE-A-LOT ECHO PARK; ECHO FOODS, INC., a corporation d/b/a SAVE-A-LOT SAN MARCOS; JALAL GARMO, an individual; NAJAH KAJY, an individual; MUKHLES KARMO, an individual; and DURAID DAOUD, an individual, jointly and severally, in the following amounts:

1

| | | |
|---|---|---|
| a. Total judgment | | $64,926.94 |
| Principal | $43,677.50 | |
| Attorneys Fees | $4,035.65 | |
| Costs | $0.00 | |
| Pre-Judgment Interest | $17,213.79 | |
| b. Costs after judgment | | -0- |
| c. Subtotal | | $64,926.94 |
| d. Interest after judgment at 18.0% per annum (from entry of judgment to 12-10-2021) | | $78,296.41 |
| e. Fee for filing renewal application | | -0- |
| f. TOTAL RENEWED JUDGMENT | | $143,223.35 |

Plaintiff shall continue to recover post-judgment interest at 18% per annum on the unpaid balance until fully paid.

DATED: December 13, 2021        By: _____
                                   CLERK, U.S. DISTRICT COURT